IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELANIE A. RAY, :

    Plaintiff, :

vs. :

                                  CIVIL ACTION 08-0115-M

MICHAEL J. ASTRUE, :
Commissioner of
Social Security, :

    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Melanie A. Ray.

DONE this 8th day of October, 2008.

                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE